UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


**LANITA ROBINSON,**

    Plaintiff,

                                                                Civil No. **09-10341**
                                                                 Hon. John Feikens

    v.

**ALLSTATE INSURANCE COMPANY,**

    Defendants.

_____/


**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

    The Court having reviewed the Magistrate Judge's Report and Recommendation, filed on **6/21/2010**, and noted that no objections were filed by either party,

    **IT IS ORDERED** that the Report is adopted and entered as the findings and conclusions of this court.


                                                      **s/John Feikens**
                                                      John Feikens
                                                      United States District Judge


Dated:  July 15, 2010

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on July 15, 2010.

s/Carol Cohron
Deputy Clerk